# IN THE SUPERIOR COURT OF BARTOW COUNTY
## STATE OF GEORGIA

DARRYL ECKERT and )
ANA ECKERT, )
                 )
    Plaintiffs, )
                 )
v. )    Civil Action No.: 12CV1534
                 )
A&D CONTRACTING & )
MACHINE SHOP, INC. d/b/a )
A&D CONTRACTING & )
MACHINE SHOP, )
WARE, INC., and JOHN DOES )
1-2, )
                 )
    Defendants. )
_____ )

## NOTICE OF FILING OF NOTICE OF REMOVAL

**TO: PLAINTIFFS' COUNSEL**
Tona L. Shrum, Esq.
Apolinsky & Associates
One Decatur TownCenter, Suite 200,
150 East Ponce De Leon Avenue
Decatur, Georgia 30030

Pursuant to 28 U.S.C. § 1446 (d), you are hereby notified that the Defendant,

Ware, Inc., has caused to be filed on the 2th day of January, 2013, in the United States

District Court for the Northern District of Georgia, Rome Division, a Notice of

Removal with the Clerk of the said United States District Court for the Northern

District of Georgia, Rome Division; a copy of the Notice of Removal is attached hereto

as Exhibit 'A'.

This the 2th day of January, 2013.

Vernis & Bowling of Atlanta, LLC

Kevin T. Shires, Esq.
Georgia Bar No.: 643290

7100 Peachtree Dunwoody Road
Suite 300
Atlanta, Georgia 30328
Telephone: (404) 846-2001
Facsimile: (404) 846-2002
KShires@Georgia-Law.com

IN THE SUPERIOR COURT OF BARTOW COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| DARRYL ECKERT and<br>ANA ECKERT, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 12CV1534 |
| | ) | |
| A&D CONTRACTING &<br>MACHINE SHOP, INC. d/b/a<br>A&D CONTRACTING &<br>MACHINE SHOP,<br>WARE, INC., and JOHN DOES<br>1-2, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE FOR DEFENDANT, WARE, INC.'S, NOTICE OF FILING OF NOTICE OF REMOVAL

I HEREBY CERTIFY that I have this day served opposing counsel with the foregoing Defendant, Ware, Inc.'s, Notice of Filing of Notice of Removal by depositing a true and exact copy of the same in the United States Mail with adequate postage affixed thereon, and addressed as follows:

Tona L. Shrum, Esq.
Apolinsky & Associates
One Decatur TownCenter, Suite 200,
150 East Ponce De Leon Avenue
Decatur, Georgia 30030

This the 2nd day of January, 2013.

Vernis & Bowling of Atlanta, LLC

Kevin T. Shires
Georgia Bar No.: 643290

7100 Peachtree Dunwoody Road
Suite 300
Atlanta, Georgia 30328
(404) 846-2001
(404) 846-2002 (Fax)
KShires@Georgia-law.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| DARRYL ECKERT and ANA ECKERT, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No.: _____ |
| WARE, INC., and JOHN DOES 1-2, | ) ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF REMOVAL

**TO: PLAINTIFFS' COUNSEL**
Tona L. Shrum, Esq.
Apolinsky & Associates
One Decatur TownCenter, Suite 200,
150 East Ponce De Leon Avenue
Decatur, Georgia 30030

**PLEASE TAKE NOTICE** that the Defendant, Ware, Inc., by and through its

undersigned counsel of record and pursuant to U.S.C. §§ 1441 & 1332, files this

Notice of Removal of this action from the Superior Court for the County of Bartow,

State of Georgia, where it is now pending, to the United States District Court for the

Northern District of Georgia - Rome Division.

Page 1 of 4


EXHIBIT
A

In support of this Notice of Removal, Defendant Ware, Inc. has filed contemporaneously herewith its Brief in Support of Removal and accompanying Exhibits, including the pleadings and entire record of this matter.

WHEREFORE, Defendant Ware, Inc. respectfully requests that this Court enter an Order removing this action from the Superior Court for the County of Bartow, State of Georgia, where it is now pending, to the United States District Court for the Northern District of Georgia - Rome Division.

Respectfully submitted this the 2nd day of January, 2013.

Vernis & Bowling of Atlanta, LLC

Kevin T. Shires, Esq.
Georgia Bar No:    643290

7100 Peachtree Dunwoody Road
Suite 300
Atlanta, Georgia   30328
(404) 846-2001
(404) 846-2002  Fax
KShires@Georgia-law.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| DARRYL ECKERT and<br>ANA ECKERT, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No.: _____ |
| | ) | |
| WARE, INC., and JOHN DOES<br>1-2, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE FOR DEFENDANT, WARE, INC.'S, NOTICE OF REMOVAL

I HEREBY CERTIFY that I have this day served opposing counsel with the foregoing Defendant, Ware, Inc.'s, Notice of Removal by filing it with this Court's EM/CEF electronic filing system and by depositing a true and exact copy of the same in the United States Mail with adequate postage affixed thereon, and addressed as follows:

Tona L. Shrum, Esq.
Apolinsky & Associates
One Decatur TownCenter, Suite 200,
150 East Ponce De Leon Avenue
Decatur, Georgia 30030

This the 2nd day of January, 2013.

Vernis & Bowling of Atlanta, LLC

Kevin T. Shires
Georgia Bar No.: 643290

7100 Peachtree Dunwoody Road
Suite 300
Atlanta, Georgia   30328
(404) 846-2001
(404) 846-2002 (Fax)
KShires@Georgia-law.com